IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIKA JACOBS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case Number CIV-21-55-C ) |
| OKLAHOMA TAX COMMISSION, | ) ) |
| Defendant. | ) |

## JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the pleadings filed herein, and the Court's Order filed this date, this case is dismissed without prejudice.

DATED this 23rd day of November 2021.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge

1